MCGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St
Fresno, California 93721
Telephone: (559) 497-4000



FILED
MAY - 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-cr-00139 OWW |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL INDICTMENT |
| v. ) | AND WARRANT OF ARREST |
| ) | |
| JAMES ERICKSON ) | |
| Defendant. ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record.

Dated: May 2, 2006

Sandra M. Snyder
U.S. Magistrate Judge

1