DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0139 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO VACATE MOTIONS SCHEDULE/HEARING, TO BE RESET BY COURT; |
| v. | ) ) | AND CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| JAMES ERICKSON, | ) ) | Date: September 26, 2006 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Schedule, as well as the Motions Hearing, which hearing is scheduled for *August 29, 2006, be vacated*, to be reset by the Court; and that the Status Conference set for August 28, 2006, be continued to **September 26, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: August 24, 2006				MCGREGOR W. SCOTT
						United States Attorney

4 |						By /s/ Kevin P. Rooney
						KEVIN P. ROONEY
5 |						Assistant U.S. Attorney
						Attorney for Plaintiff

7 | DATED: August 24, 2006				DANIEL J. BRODERICK
						Federal Defender

						By /s/ Mark A. Lizárraga
9 |						MARK A. LIZÁRRAGA
						Assistant Federal Defender
10 |						Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 24, 2006**			/s/ Oliver W. Wanger
emm0d6					UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing		2