DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0139 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO VACATE MOTIONS |
| ) | SCHEDULE/HEARING, TO BE RESET BY COURT; |
| v. ) | AND CONTINUE STATUS CONFERENCE HEARING; |
| ) | AND ORDER THEREON |
| JAMES ERICKSON, ) | |
| ) | Date:  December 5, 2006 |
| *Defendant*. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Motions Schedule, as well as the Motions Hearing, which hearing is scheduled for *November 7, 2006, be vacated*, to be reset by the Court; and that the Status Conference set for November 7, 2006, be continued to **December 5, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED: November 2, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney

4 |                                        By /s/ Kevin P. Rooney
                                               KEVIN P. ROONEY
5 |                                            Assistant U.S. Attorney
                                               Attorney for Plaintiff

7 | DATED: November 2, 2006                    DANIEL J. BRODERICK
                                               Federal Defender

9 |                                        By /s/ Mark A. Lizárraga
                                               MARK A. LIZÁRRAGA
10 |                                           Assistant Federal Defender
                                               Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 7, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule/Hearing, to be
Reset by the Court; and Continue Status Conference Hearing    2