DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0139 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| JAMES ERICKSON, ) | Date: January 9, 2007 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference set for December 5, 2006, be continued to **January 9, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: November 30, 2006                              MCGREGOR W. SCOTT
                                                      United States Attorney

                                              By /s/ Kevin P. Rooney
                                                      KEVIN P. ROONEY
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

DATED: November 30, 2006                              DANIEL J. BRODERICK
                                                      Federal Defender

                                              By /s/ Mark A. Lizárraga
                                                      MARK A. LIZÁRRAGA
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 2, 2006**                         /s/ Oliver W. Wanger
emm0d6                                                UNITED STATES DISTRICT JUDGE