DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-0139 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| JAMES ERICKSON, ) | Date: January 30, 2007 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference set for January 9, 2007, be continued to **January 30, 2007 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  January  4, 2007                             MCGREGOR W. SCOTT
                                                         United States Attorney

4 |                                          By /s/ Kevin P. Rooney
                                                KEVIN P. ROONEY
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

7 | DATED: January 4, 2007                               DANIEL J. BRODERICK
                                                         Federal Defender

9 |                                          By  /s/ Mark A. Lizárraga
                                                 MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:     January 5, 2007**                       /s/ Oliver W. Wanger
emm0d6                                               UNITED STATES DISTRICT JUDGE